1  Warren Metlitzky (CA Bar No. 220758)
   William J. Cooper (CA Bar No. 304524)
2  **CONRAD | METLITZKY | KANE LLP**
   Four Embarcadero Center, Suite 1400
3  San Francisco, CA 94111
   Tel:    (415) 343-7100
4  Fax:    (415) 343-7101
   Email: wmetlitzky@conmetkane.com
5  Email: wcooper@conmetkane.com

6  Jennifer Selendy (*pro hac vice*)
   Sean Baldwin (*pro hac vice*)
7  Margaret Larkin (*pro hac vice*)
   David Coon (*pro hac vice*)
8  **SELENDY & GAY PLLC**
   1290 Avenue of the Americas
9  New York, NY 10104
   Tel:    (212) 390-9000
10 Email: jselendy@selendygay.com
   Email: sbaldwin@selendygay.com
11 Email: mlarkin@selendygay.com
   Email: dcoon@selendygay.com
12
   *Attorneys for Plaintiff Gwen Campbell*
13
   Richard S. Amador (CA Bar No. 137417)
14 Maksimilian V. Sklyarov (CA Bar No. 328660)
   **SANCHEZ & AMADOR, LLP**
15 800 S. Figueroa Street, 11th Floor
   Los Angeles, California 90017
16 Tel:    (213) 955-7200
   Fax:    (213) 955-7201
17 Email: amador@sanchez-amador.com
   Email: sklyarov@sanchez-amador.com
18
   *Attorneys for Defendants J.P. Morgan Securities LLC*
19 *and JPMorgan Chase Bank, N.A.*

20                    UNITED STATES DISTRICT COURT

21           NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

22

23  GWEN CAMPBELL,                          Case No. 4:21-cv-09309-HSG

24          Plaintiff,                      The Hon. Haywood S. Gilliam, Jr.

25          v.                              **JOINT STIPULATION OF DISMISSAL
                                            AND ORDER**
26  J.P. MORGAN SECURITIES LLC,
    JPMORGAN CHASE BANK, N.A.,

27
            Defendants.
28

1   WHEREAS, on December 2, 2021 Plaintiff Gwen Campbell filed a Complaint in the above-

2   captioned action against Defendants J.P. Morgan Securities LLC and JPMorgan Chase Bank, N.A.

3   (ECF No. 1);

4   WHEREAS, on December 2, 2021 Plaintiff filed an Application for Temporary Restraining

5   Order and Order to Show Cause Why Preliminary Injunction In Aid of Arbitration Should Not Issue

6   ("Application") (ECF No. 4);

7   WHEREAS, on December 3, 2021 Defendants filed an Opposition to Plaintiff's Application

8   (ECF No. 13);

9   WHEREAS, on December 9, 2021 the Court held a hearing on Plaintiff's Application (*see*

10  ECF No. 31);

11  WHEREAS, on December 15, 2021 the Court issued an Order denying Plaintiff's

12  Application (ECF No. 36); and

13  WHEREAS, the parties have agreed that the above-captioned action should be dismissed

14  without prejudice while the parties proceed to arbitration of Plaintiff's claims;

15  **NOW, THEREFORE, IT IS STIPULATED AND AGREED** by Plaintiff and Defendants

16  that:

17  1.   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby

18  voluntarily dismisses the Complaint without prejudice against all Defendants; and

19  2.   Plaintiff and Defendants shall bear their own attorneys' fees and costs incurred in

20  connection with this action.

21  **IT IS SO STIPULATED.**

22

23

24

25

26

27

28

1    DATED:  December 21, 2021                    CONRAD | METLITZKY | KANE LLP

2

3
                                                 _____
4                                                     */s/ Warren Metlitzky*
                                                 Warren Metlitzky
5                                                 William J. Cooper
                                                 Attorneys for Plaintiff Gwen Campbell
6    DATED:  December 21, 2021                    SELENDY & GAY PLLC

7

8
                                                 _____
9                                                     */s/ Jennifer Selendy*
                                                 Jennifer Selendy (*pro hac vice*)
10                                               Sean Baldwin (*pro hac vice*)
                                                 Margaret Larkin (*pro hac vice*)
11                                               David Coon (*pro hac vice*)
                                                 Attorneys for Plaintiff Gwen Campbell
12

13   DATED:  December 21, 2021                    SANCHEZ & AMADOR, LLP

14

15
                                                 _____
16                                                   */s/ Richard S. Amador*
                                                 Richard S. Amador
17                                               Maksimilian V. Sklyarov
                                                 Attorneys for Defendants JPMorgan Chase
18                                               Bank, N.A. and J.P. Morgan Securities LLC

19

20

21

22

23

24

25

26

27

28

1

**IT IS SO ORDERED.**

2

3    DATED:  December 21, 2021

4

5    _____
     UNITED STATES DISTRICT COURT
6    NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28